**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**RAYMOND SHORTS,**
        **Plaintiff,**

**-vs-**                                                  **Case No. 6:05-cv-489-Orl-28KRS**

**LUMBERMANS MUTUAL CASUALTY COMPANY,**
**BROADSPIRE SERVICES, INC., f/k/a Kemper Services,**
        **Defendants.**

## ORDER

This cause came on for consideration of Defendants' Designation of Local Counsel (Doc. No. 12), which was not accompanied by a motion for the non-resident attorney to proceed *pro hac vice*. In order for any non-resident attorney to appear specially in this Court, counsel must file a motion setting forth compliance with the criteria required in Local Rule 2.02. Counsel must also complete the Application for Special Admission to Practice, which can be downloaded from the Middle District's website (www.flmd.uscourts.gov). Counsel is **ORDERED** to file the appropriate motion to appear *pro hac vice* and an Application for Special Admission to Practice within ten (10) days of the date of this Order.

The Clerk is directed to terminate the docket entry which lists the designation of local counsel as a "motion" (Doc. No. 13) and revise it to reflect only the designation was filed without a motion and without the application for special admission to practice.

**DONE** and **ORDERED** in Orlando, Florida on June 1, 2005.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record